UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE,<br><br>                              Plaintiff,<br><br>v.<br><br>MARGERY PIERCE; KEYSA MACHADO; OCEANSIDE HOUSING AUTHORITY,<br><br>                              Defendants. | Case No.:  20cv655-JAH (LL)<br><br>**ORDER:**<br><br>**(1) DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a);**<br><br>**(2) DISMISSING AS MOOT PLAINTIFF'S MOTION TO ELECTRONICALLY FILE (Doc. No. 2)** |

Irvin Musgrove ("Plaintiff"), proceeding *pro se*, has filed a civil action. *See* Doc. No. 1.

**I.     Failure to Pay Filing Fee or Request IFP Status**

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$400[1]. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff has not prepaid the $400 filing fee required to commence a civil action, nor has he submitted a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, the action cannot yet proceed. *Id.*

## II.    Conclusion and Order

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action *sua sponte* without prejudice for failing to pay the $400 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a);

(2) **GRANTS** Plaintiff **thirty (30)** days leave from the date this Order is filed to: (a) prepay the entire $400 civil filing fee in full; *or* (b) complete and file a Motion to Proceed IFP. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIV. LR 3.2(b).

(3) **DISMISSES as moot** Plaintiff's motion for leave to electronically file. *See* Doc. No. 2.

**IT IS SO ORDERED.**

DATED: April 29, 2020

_____
JOHN A. HOUSTON
United States District Judge

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2016). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*